UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

living being
R Jason Santiaso

Write the full name of each plaintiff.

19 CV 7105
_____CV_____
(Include case number if one has been assigned)

-against-

Scott County Court

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes   ☐ No

Any Judge must have Anti birbery Statement on file.

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2019 JUL 29 PM 4:00
SDNY PRO SE OFFICE
RECEIVED

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☒ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __R JASON SANTIAGO__, is a citizen of the State of
(Plaintiff's name)

__New York city__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of _____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **Scott County Court**, is incorporated under the laws of the State of **IOWA**

and has its principal place of business in the State of **IOWA**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **DAVENPORT IOWA**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**RONAN**     **J**     **SANTIAGO**
First Name     Middle Initial     Last Name

**3400 PAUL Ave suite 9D**
Street Address

**BRONX**     **NY**     **10468** without the US.
County, City     State     Zip Code

**3473103442**
Telephone Number     Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:  DAvenport          IowA
First Name                Last Name

Scott County Court
Current Job Title (or other identifying information)

300 Scott street
Current Work Address (or other address where defendant may be served)

Scott                     IowA           52801
County, City              State          Zip Code

Defendant 2:  DA office At Scott County Court
First Name                Last Name

Current Job Title (or other identifying information)

300 Scott Street
Current Work Address (or other address where defendant may be served)

Scott                     IowA           52801
County, City              State          Zip Code

Defendant 3:  _____
First Name                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City              State          Zip Code

Page 4

Defendant 4: _____

First Name _____ Last Name _____

Current Job Title (or other identifying information)
_____

Current Work Address (or other address where defendant may be served)
_____

County, City _____  State _____  Zip Code _____

### III. STATEMENT OF CLAIM

Place(s) of occurrence: DAVENport IowA

Date(s) of occurrence: 3-24-17 . 3-24-18 -
ongoing

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Have Not Seen or been Provided
Any Evidence to Support Any Facts or Claim
my rights have been trespass

Iowa State has No Delegation of Authority
Against A Newyorker - National
Am A National Not A U.S Citizen
Sec 18 USC. 1151. Public law 97-250
USC 1738. USC. 2265
18 US code 911 False Personation
of A Citizen of the US.
I have No Contract to obey
And Codes or Statues Pay Fines

Page 5

FARA on the Record

DAVENPORT IOWA is A fiction And has No standing to make Any claim on A living Man.

~~It~~ IOWA State CAN NOT EnForce Contract with me.

Actors not real living
Faild to identify Authority
No Anti beberly Statement.

**INJURIES:**
If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Victim of Courts And Dept to restrict my liberty and Privacy. tresspass harm Fear; counterfeit Security. Tiffany & Tiffany. p to state a claim

**IV. RELIEF**
State briefly what money damages or other relief you want the court to order.

10. million Lawful dollars & restore my God Giving rights.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

**Dated:** 7-29-2019

**Plaintiff's Signature:** Ronald J Santiago

**First Name:** Ronald
**Middle Initial:** J
**Last Name:** Santiago

**Street Address:** 3400 Paul Ave. Apt 9D

**County, City:** Bronx
**State:** NY
**Zip Code:** 10468

**Telephone Number:** 347-310-8442

**Email Address (if available):**

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.